UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VENETA DELUCCHI and BRADLEY
BERNIUS, individually and on behalf
of all others similarly situated

      Plaintiffs,

v.                                                                     Case No:   2:16-cv-695-FtM-99CM

21ST CENTURY ONCOLOGY
HOLDINGS, INC.,

      Defendant.

## ORDER

This matter comes before the Court upon *sua sponte* review of the docket. Pursuant to 28 U.S.C. §455(a), "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Importantly, "the benefit of the doubt must be resolved in favor of recusal." *Murray v. Scott*, 253 F.3d 1308, 1310 (11th Cir. 2001).

- 2 -

ACCORDINGLY, it is hereby

**ORDERED**:

The Honorable Carol Mirando is hereby **RECUSED** from the instant case.

**DONE** and **ORDERED** in Fort Myers, Florida on this 19th day of September, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record